UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN HAYES,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, et al.,<br><br>        Defendants. | Case No. 5:15-cv-04382-EJD<br><br>**ORDER TO SHOW CAUSE** |

On October 6, 2015, the Clerk issued a notice which scheduled a Case Management Conference for this action on January 21, 2016, and required the parties to file a Joint Case Management Conference Statement on or before January 14, 2016. See Docket Item No. 10. As of the date and time this order was filed, however, the court has not received a statement from any party, joint or otherwise.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **January 22, 2016**, file or cause to be filed a Joint Case Management Conference Statement which conforms to the undersigned's applicable Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the Case Management Conference scheduled for January 21, 2016, is VACATED and will be reset if necessary upon resolution of the issue addressed herein.

**IT IS SO ORDERED.**

Dated: January 19, 2016

                                                  EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-04382-EJD
ORDER TO SHOW CAUSE