UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN HAYES,<br><br>         Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, et al.,<br><br>         Defendants. | Case No.  5:15-cv-04382-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; DIRECTING CLERK TO CLOSE FILE** |

On January 19, 2016, the court issued an order requiring Plaintiff John Hayes ("Plaintiff") to show cause why this action should not be dismissed for failure to prosecute after he failed to file a case management conference statement.  See Docket Item No. 13.  Plaintiff filed a return to the order to show cause on January 22, 2016, explaining that he did not file a statement because this action was commenced based on a state complaint that had already been removed by another defendant.  See Docket Item No. 14.

Since Plaintiff has satisfied his obligation to show good cause, the order filed on January 19th is DISCHARGED.  The Clerk shall close this file because it is duplicative of Hayes v. Experian Information Solutions, Inc., Case No. 5:15-cv-03852-EJD.  All further filings related to this action shall be made in the earlier-filed case.

**IT IS SO ORDERED.**

Dated:  January 29, 2016



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-04382-EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE; DIRECTING CLERK TO CLOSE FILE